IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

BILLY L. PUGH,	No. 6:23-cv-00444-HZ

        Plaintiff,	ORDER FOR ATTORNEY FEES

     v.

COMMISSIONER, SOCIAL SECURITY
ADMINISTRATION,

        Defendant.

It is hereby ORDERED that attorney fees in the amount of $30,885.99 are awarded to Plaintiff's attorney pursuant to 42 U.S.C. § 406(b). The Court finds that this is a reasonable fee in light of the circumstances in this case. Plaintiff has been awarded attorney fees in the amount of $8,268.74 under the Equal Access to Justice Act (EAJA), 28 U.S.C. §2412. When issuing the section 406(b) check for payment to Plaintiff's attorney, the agency is directed to subtract the

amount paid under the EAJA and send Plaintiff's attorney the balance, minus any applicable processing fees as allowed by statute.

DATED: October 16, 2025.

MARCO A. HERNÁNDEZ
United States Senior District Judge